Elizabeth W. Erickson
ERICKSON LAW OFFICE, PLLC
P.O. Box 8371
Missoula, MT 59807
Telephone:  406-531-3952
Email:  elizabethwerickson@gmail.com

Andrew M. Altschul
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5015
Facsimile: 971.230.0337
E-mail: andrew@baaslaw.com
(*pending approval of pro hac vice admittance*)

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| **ANTOINETTE ANTHONY**, <br><br> Plaintiff, <br><br> v. <br><br> **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**, <br><br> Defendant. | CV 11-108-DWM <br><br> **AFFIDAVIT** |

I, Andrew M. Altschul, submit this Affidavit in response to the Court's Order Dated August 31, 2011 (Document #7) requesting a supplemental affidavit that complies with Local Rule 83.3(e) and declare under penalty of perjury as follows:

**AFFIDAVIT OF ANDREW M. ALTSCHUL**

A. I base this declaration on my own personal knowledge, and if called, could competently testify thereto. I am over the age of 21 years and I have personal knowledge of the matters stated herein. I reside in Portland, Oregon. My office address is located at 321 SW Fourth Avenue, Suite 600, Portland, OR 97204.

B. I am not regularly employed in Montana nor do I regularly engage in business, professional or other activities in Montana

C. I am admitted to practice in the following courts:

Illinois, voluntarily inactive, Bar No. 6228487, admitted 11/9/1995
Oregon, active, Bar No. 980302
Washington, active, Bar No. 32025, admitted 12/19/2001
California, active, Bar No. 226008, admitted 6/26/2003

Northern District of Illinois, admitted 1995
Central District of Illinois, admitted 1996
District of Oregon, admitted 1998
Northern District of California, admitted 2003
Eastern District of California, admitted 2003
Central District of California, admitted 2003
Eastern District of Washington, admitted 2004
Western District of Washington, admitted 2005
Eastern District of Wisconsin, admitted 2010
District of Colorado, admitted 2011

DC Circuit, admitted 2010
5th Circuit, admitted 2010
7th Circuit, admitted 1996
8th Circuit, admitted 2010
9th Circuit, admitted 1999
10th Circuit, admitted 1996

D. I am a member in good standing in all of the bars above and eligible to practice in the courts listed above.

E. I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or administrative agency and am not currently suspended or disbarred in any court.

-2-

AFFIDAVIT OF ANDREW M. ALTSCHUL

F. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or their state equivalent.

G. I have not made any prior pro hac vice application to this Court within the year preceding the date of application.

H. I designate as local counsel Elizabeth W. Erickson of the ERICKSON LAW OFFICE, PLLC, P.O. Box 8371, Missoula, MT 59807, Telephone 406-531-3952, email: elizabethwerickson@gmail.com as the member in good standing of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR US AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Respectfully submitted this 8th day of September, 2011.

Andrew M. Altschul
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5015
Fax: 971.230.0337
E-mail: *andrew@baaslaw.com*

**AFFIDAVIT OF ANDREW M. ALTSCHUL**

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **AFFIDAVIT OF ANDREW M. ALTSCHUL** on the following named person(s):

Jory C. Ruggiero
Western Justice Associates, PLLC
303 West Mendenhall, Suite 1
Bozeman, MT  59715
info@westernjusticelaw.com

Attorneys for Plaintiff

on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

x electronic delivery via CM/ECF filing

in the matter *Antoinette Anthony v. The Northwestern Mutual Life Insurance Company.*

DATED:  September 8, 2011.

ERICKSON LAW OFFICE, PLLC

/s/ Elizabeth W. Erickson
_____

Attorney for Defendant Northwestern Mutual Life Insurance Company

- 1 -

**CERTIFICATE OF SERVICE**