Elizabeth W. Erickson
ERICKSON LAW OFFICE, PLLC
P.O. Box 8371
Missoula, MT 59807
Telephone:  406-531-3952
Email:  elizabethwerickson@gmail.com

Andrew M. Altschul
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5015
Facsimile: 971.230.0337
E-mail: andrew@baaslaw.com
(*pending approval of pro hac vice admittance*)

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| **ANTOINETTE ANTHONY**, <br><br>            Plaintiff, <br><br>     v. <br><br> **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**, <br><br>            Defendant. | CV 11-108-DWM <br><br> **NOTICE ACKNOWLEDGING ADMISSION PRO HAC VICE OF ANDREW M. ALTSCHUL** |

I respectfully submit this Notice acknowledging my admission *pro hac vice* in the above-captioned case under the terms of this Court's August 31, 2011 Order (Document #7).  I understand that I must do my own work.  I will do my own writing, sign my own pleadings, motions, and briefs, and appear and participate

personally.  I will take steps to register in the Court's electronic filing system ("CM-ECF").  I understand that I may move for the admission *pro hac vice* of one (1) associate of my firm.  Such associate, if duly admitted, shall be authorized to participate in this case under these same terms and conditions.

Respectfully submitted this 8th day of September, 2011.

_____
Andrew M. Altschul
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5015
Fax: 971.230.0337
E-mail: *andrew@baaslaw.com*

-2-

**NOTICE ACKNOWLEDGING ADMISSION PRO HAC VICE OF ANDREW M. ALTSCHUL**

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE ACKNOWLEDGING ADMISSION PRO HAC VICE OF ANDREW M. ALTSCHUL** on the following named person(s):

Jory C. Ruggiero
Western Justice Associates, PLLC
303 West Mendenhall, Suite 1
Bozeman, MT  59715
info@westernjusticelaw.com

Attorneys for Plaintiff

on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

x electronic delivery via CM/ECF filing

in the matter *Antoinette Anthony v. The Northwestern Mutual Life Insurance Company*.

DATED:  September 8th, 2011.

          ERICKSON LAW OFFICE, PLLC

          /s/ Elizabeth W. Erickson
          ────────────────────────────

          Attorney for Defendant Northwestern Mutual Life Insurance Company