Elizabeth W. Erickson
ERICKSON LAW OFFICE, PLLC
P.O. Box 8371
Missoula, MT 59807
Telephone:  406-531-3952
Email:  elizabethwerickson@gmail.com

Andrew M. Altschul
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5015
Facsimile: 971.230.0337
E-mail: andrew@baaslaw.com
(*pending approval of pro hac vice admittance*)

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| **ANTOINETTE ANTHONY**, <br><br> Plaintiff, <br><br> v. <br><br> **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**, <br><br> Defendant. | 2:11-CV-51-RFC <br><br> **SECOND STIPULATED MOTION FOR EXTENSION OF TIME AND PROPOSED ORDER** |

Defendant Northwestern Mutual Life Insurance Company and Plaintiff Antoinette Anthony, by and through their counsel, have stipulated to another 30 day extension of time for Defendant's Answer to the Complaint.  Pursuant to the

stipulation of the parties, Defendant's Answer to the Complaint shall be due on October 12, 2011, to allow the parties more time to discuss the implications of the ERISA issue and whether Plaintiff may be able to save the Court time by amending the complaint to state an ERISA claim. Counsel respectfully request that the Court grant this stipulated motion.

Respectfully submitted this 8th day of September, 2011.

ERICKSON LAW OFFICE, PLLC

/s/ Elizabeth W. Erickson

Attorney for Defendant Northwestern Mutual Life Insurance Company

## ORDER

Pursuant to the stipulation of the parties, Defendant's Answer to the Complaint shall be extended 30 days and due October 12, 2011.

IT IS SO ORDERED.

_____
Richard F. Cebull, District Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **SECOND STIPULATION TO EXTENSION OF TIME** on the following named person(s):

Jory C. Ruggiero
Western Justice Associates, PLLC
303 West Mendenhall, Suite 1
Bozeman, MT  59715
info@westernjusticelaw.com

Attorneys for Plaintiff

on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

x electronic delivery via CM/ECF filing

in the matter *Antoinette Anthony v. The Northwestern Mutual Life Insurance Company.*

DATED:  September 8th, 2011.

ERICKSON LAW OFFICE, PLLC

/s/ Elizabeth W. Erickson
────────────────────────

Attorney for Defendant Northwestern Mutual Life Insurance Company