OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Patrick Duffy
Clerk of Court



Beth Conley
Chief Deputy Clerk

September 12, 2011

To Non-registered CM/ECF Users:

You have recently made an appearance as counsel in a case pending before this Court. As of February 13, 2006, the U.S. District Court for the District of Montana converted to the CM/ECF (Case Management Electronic Case Files) system. In accordance with Local Rule 1.6(c), all attorneys are required to e-file as of January 10, 2007. Our records show that you are not currently registered as a user in our CM/ECF system.

You will need to complete our electronic learning modules in order to register for a login and password. These can be found on our website at http://www.mtd.uscourts.gov/cmecf.htm under the Training and Manuals section. After you have completed the modules and reviewed our Administrative Procedures Manual, please complete the short quiz. After successfully passing the quiz, print the results, and fax them with your registration form to the fax number located on the form. If you are a PHV attorney and have previously attended training in another district, please complete the registration form located on our website. The registration form must contain the district in which the training was held and the approximate date(s) of the training. A login and password will be issued to you accordingly.

Please be advised you **must register** to receive notice of electronic filing for all cases in which you have made an appearance. Moreover, a copy of Standing Order RFC-7, effective October 1, 2010, is enclosed for your reference. Note that you will not receive service by mail of any filings in any of your cases pending in this Court during the time you continue to be unregistered unless you have been exempted from the requirement by Order of the Court.

Patrick E. Duffy, Clerk of Court


by   /s/ Erica Larson
     Deputy Clerk


enc.  *Standing Order RFC-7*

406-542-7260

Russell E. Smith Courthouse
P.O. Box 8537 ♦ 201 East Broadway
Missoula, MT 59807
www.mtd.uscourts.gov

Fax 406-542-7272



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

In re: CM/ECF Registration    )
                              )    **Standing Order No. RFC-7**
                              )

It has come to the Court's attention that the Clerk's office continues to provide conventional service to certain attorneys who have appeared as co-counsel in cases but who have failed to register as CM/ECF users.

Local Rule 1.6 (c) requires that all attorneys appearing in this Court register as CM/ECF users unless good cause, such as the unavailability of high-speed internet, can be shown. This requirement exists regardless of whether counsel is actually filing documents electronically in the cause in which he/she has made an appearance.

IT IS HEREBY ORDERED that all attorneys who have made appearances in cases before this Court who have not shown good cause for their failure to register as CM/ECF users shall register with the Clerk of Court by October 1, 2010. IT IS FURTHER ORDERED that the Clerk shall discontinue the practice of serving counsel by mail on that date unless an exemption to the registration requirement has been granted by this Court.

DATED this 2nd day of August, 2010.

Richard F. Cebull
Chief United States District Judge