IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
BILLINGS DIV.

2011 SEP 12 PM 12 43

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| ANTOINETTE ANTHONY, ) | CV-11-51-BU-RFC |
| Plaintiff, ) | |
| vs. ) | ORDER FOR ADMISSION PRO HAC VICE |
| THE NORTHWESTERN MUTUAL ) LIFE INSURANCE COMPANY, ) | |
| Defendant. ) | |

Elizabeth W. Erickson, counsel for Defendant Northwestern Mutual Life Insurance Company, moves for the admission of Andrew M. Altschul to practice before this Court *pro hac vice*. Judge Molloy had previously conditionally admitted Mr. Altschul (*doc. 7*) and his supplemental affidavit (*doc. 8*) appears to be in order. Accordingly,

**IT IS HEREBY ORDERED** the motion is granted on the condition that Mr. Altschul shall do his own work. This means Mr. Altschul must do his own writing, sign his own pleadings, motions and briefs, and appear and participate personally

DATED the 12th day of September, 2011.

/s/ Richard F. Cebull
RICHARD F. CEBULL
U. S. DISTRICT JUDGE