IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| ANTOINETTE ANTHONY, | ) | CV-11-51-BU-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE NORTHWESTERN MUTUAL | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant has filed a Stipulated Motion for Extension of Time to file its Answer to the Complaint in this matter. For good cause appearing,

**IT IS HEREBY ORDERED** the motion is granted and Defendant has until October 12, 2011 to file an Answer.

DATED the 13th day of September, 2011.

                                              _/s/ Richard F. Cebull_____
                                              RICHARD F. CEBULL
                                              U. S. DISTRICT JUDGE